QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
JEFFERY DEAN FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY DEAN FORD,<br><br>        Petitioner,<br><br>    v.<br><br>TOM L. CAREY,<br><br>        Respondent. | No. CIV S-05-0944 LKK GGH P<br><br>MOTION FOR SUBSTITUTION OF COUNSEL;<br><br>PROPOSED ORDER |

    Petitioner JEFFERY DEAN FORD hereby moves this Court for an order substituting attorney Marylou Hillberg, P.O. Box 1879, Sebastopol, California, telephone number (707) 575-0393, for the Office of the Federal Defender as petitioner's counsel in this matter. The Federal Defender's Office has determined that it is currently unable to represent petitioner. Ms. Hillberg has agreed to accept the appointment. She is an experienced criminal defense attorney, with extensive experience in federal habeas corpus cases. A copy of the court's file in this case will be forwarded to Ms. Hillberg.

////
////
////

Ms. Hillberg is aware of any deadlines in this case. She has authorized the undersigned to sign this substitution motion on her behalf.

                                      Respectfully submitted,

                                      QUIN DENVIR
                                      Federal Defender

Dated: June 21, 2005          /s/ *David M. Porter*
                                      DAVID M. PORTER
                                      Assistant Federal Defender
                                      Attorneys for Petitioner
                                      JEFFERY DEAN FORD

Dated: June 21, 2005          /s/ *Marylou Hillberg*
                                      MARYLOU HILLBERG

                                **********

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Marylou Hillberg, shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 06/30/05                /s/ Gregory G. Hollows

                                _____
                                GREGORY G. HOLLOWS
                                United States Magistrate Judge

ford0944.sub06