IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY DEAN FORD,

       Petitioner,              No. CIV S-05-0944 LKK GGH P

   vs.

TOM L. CAREY,

       Respondent.        ORDER

_____/

      Petitioner has requested an extension of time to file his joint scheduling statement, which is due on July 14, 2005, until August 29, 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's July 12, 2005 request for an extension of time is granted;

      2. The joint scheduling statement is due on or before August 29, 2005; and

      3. *In future, counsel, in seeking an extension of time, must comply with Local Rule 5-137(b), and both electronically file a proposed order in .pdf format as well as email a proposed order in wordprocessing format to receive consideration by the court.*

DATED: 7/20/05               /s/ Gregory G. Hollows
                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:009
ford0944.111