IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY DEAN FORD,

      Petitioner,                   No. CIV S-05-0944 LKK GGH P

    vs.

TOM L. CAREY, Warden,

      Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 9, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed May 9, 2006, are adopted in full;

2. Petitioner's February 28, 2006 unopposed motion/request for a stay of the first amended petition is granted, pending exhaustion of state court remedies as to claims 2 through 5 of the first amended petition;

3. This matter is stayed and administratively closed pending such exhaustion; the Clerk of Court is directed to administratively close this case; and

4. Petitioner is directed, within thirty days of the date of this order, to proceed to exhaust the new claims in state court; and, thereafter, within thirty days of a decision rendered by the state supreme court, to file a notice of completed exhaustion and a request to lift the stay.

DATED: August 23, 2006

UNITED STATES DISTRICT JUDGE

/ford0944.801