IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY DEAN FORD,** | Case No. CIV S-05-0944 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM L. CAREY,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent's responsive pleading to Petitioner's Petition for Writ of Habeas Corpus be filed on or before May 16, 2009.

Dated: April 10, 2009

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

Ford0944.eot

1