1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEFFREY DEAN FORD,                         No. CIV S-05-0944 LKK GGH

12              Petitioner,

13        vs.

14   TOM L. CAREY                          ORDER

15              Respondent.

16   _____/

17              Petitioner, a state prisoner proceeding with appointed counsel, has filed an

18   application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 29, 2009,

19   respondent filed a motion to dismiss on the grounds that several claims were filed outside the

20   one-year statute of limitations set forth in 28 U.S.C. 2244(d). The motion was set for oral

21   argument before the court on August 20, 2009, at 10:00 am. Petitioner has not filed an

22   opposition to the motion to dismiss.

23              Accordingly, IT IS HEREBY ORDERED that counsel for both parties shall

24   appear prepared for oral arguments on August 20, 2009, at 10:00 am and petitioner's counsel will

25   inform the court why no opposition was filed. At that time, the court will make a determination

26   whether petitioner's counsel can make a supplemental filing and if oral arguments on the motion

                                          1

1  to dismiss will occur.

2  DATED: August 17, 2009

                                          /s/ Gregory G. Hollows
3
                                          _____
4                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE
   ggh: ab
5  ford0944.arg

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26