IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY DEAN FORD,                               No. CIV S-05-0944 LKK GGH

    Petitioner,

  vs.

FERNANDO GONZALEZ, Warden,

    Respondent.                                ORDER
_____/

In light of the Order (Docket # 53), signed by Judge Karlton and filed on the same day, March 17, 2010, as the Order and Findings and Recommendations at Docket # 54 were filed, regarding the instant habeas petition, the Findings and Recommendations at Docket # 54 are hereby VACATED as moot; however, the briefing schedule set forth in the order clause of the filing at Docket # 54 REMAINS in effect.

IT IS SO ORDERED.

DATED: March 19, 2010                    /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:009
ford0944.vac+