IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY DEAN FORD,                                    No. CIV S-05-0944 LKK GGH P

        Petitioner,

   vs.

FERNANDO GONZALEZ, Warden,              <u>ORDER</u>

        Respondent.

_____/

        Petitioner, through his appointed counsel, filed a motion to expand the record with two exhibits. Subsequently, however, claims two through five of the second amended petition were dismissed (claims two, three and four were dismissed as untimely and claim five was dismissed on the merits). Order, filed on March 17, 2010 (Docket # 53). Thus, this matter proceeds only as to claim one, and the exhibits within the pending motion do not relate to the sole remaining claim on which this action proceeds.

\\\\\

\\\\\

\\\\\

\\\\\

1     Accordingly, IT IS ORDERED that petitioner's motion to expand the record, filed on March 10, 2010 (Docket # 52), is denied.

DATED: March 24, 2010         /s/ Gregory G. Hollows

GREGORY G. HOLLOWS  
UNITED STATES MAGISTRATE JUDGE

GGH:009  
ford0944.den